IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

CLAUSING, JAIMIE LYNN                                      CASE #  07-40793-7
CLAUSING, BRANDON SCOTT

    Debtor(s).

## REPORT OF OUTSTANDING CHECK

Darcy D. Williamson, Trustee of the above referenced bankruptcy, reports that the following listed checks have been issued and mailed but were either undeliverable and returned or more than 90 days has lapsed and said checks were not presented to the depository:

| Check No. | Payable To | Amount |
|---|---|---|
| 105 | St. Mary Lumber | $275.57 |

Check # 119  made payable to the Clerk of the United States Bankruptcy Court for deposit into the Clerk's Account as unclaimed funds is being forwarded via first class mail to the Clerk of the United States Bankruptcy Court.

s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Attorney # 11337
700 SW Jackson, Suite 404
Topeka  KS  66603
(785) 233-9908
trustee@ddwlaw.kscoxmail.com